ALBERT FRENCH, Respondent, *v.* MARGARET F. FENN, Appellant.

(Argued November 28, 1934; decided December 31, 1934.)

*Ephraim Berliner, Samuel E. Darby, Jr., Joseph J. Zeiger* and *Morton Roth* for appellant.

*J. Ard Haughwout* for respondent.

Order affirmed, with costs. Ninth question certified answered in the affirmative. Other questions certified not answered as unnecessary to the decision. No opinion. (See 266 N. Y. 673.)

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.